In the Matter of FRANCES ORIOLES, Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.